LATHAM & WATKINS LLP
  Sadik Huseny (CA Bar No. 224659)
  Elizabeth L. Deeley (CA Bar No. 230798)
  Brittany N. Lovejoy (CA Bar No. 286813)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: *sadik.huseny@lw.com*
Email: *elizabeth.deeley@lw.com*
Email: *brittany.lovejoy@lw.com*

Attorneys for Defendants
*Carvana, LLC and Carvana Group, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SCHRENK, dba "THE CAR BARN," on behalf of himself and all other persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CARVANA, LLC, an Arizona Limited Liability Company, CARVANA GROUP, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, Inclusive,<br><br>    Defendants. | Case No. 2:19-cv-01302-TLN-CKD<br><br><u>Assigned to:</u><br>The Honorable Troy L. Nunley<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>Complaint Filed: May 24, 2019<br>Removed:          July 12, 2019<br>Trial Date:        None Set |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER
REGARDING BRIEFING SCHEDULE
CASE NO. 2:19-CV-01302-TLN-CKD

Defendants Carvana, LLC and Carvana Group, LLC (collectively "Defendants"), and Keith Schrenk dba "THE CAR BARN" ("Plaintiff") hereby stipulate and agree as follows:

**WHEREAS**, on July 12, 2019, Defendants removed this case, initially filed in the Superior Court of California, County of Sacramento, to the United States District Court for the Eastern District of California; and

**WHEREAS**, Plaintiffs intend to file a motion to dismiss the Complaint on or before August 16, 2019, pursuant to stipulation filed by the parties on July 18, 2019 under Local Rule 144(a) (Dkt. No. 3); and

**WHEREAS**, subject to the Court's approval, the parties have agreed to the following briefing schedule, to account for various scheduling issues and to provide the Court with enough time to consider the parties' papers prior to any hearing in this matter:

- Defendants shall file their Motion to Dismiss on or before August 16, 2019;
- Plaintiff shall file its Opposition on or before September 27, 2019;
- Defendants shall file their Reply on or before October 18, 2019; and
- the hearing on Defendants' Motion to Dismiss shall be set for November 14, 2019, or a day thereafter that is convenient for the court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel of record, and subject to the approval of the Court, as follows:

- Defendants' Motion to Dismiss is due on or before August 16, 2019.
- Plaintiff's Opposition to the Motion to Dismiss is due on or before September 27, 2019.
- Defendants' Reply in support of its Motion to Dismiss is due on or before October 18, 2019.
- The Hearing on the Motion to Dismiss is set for November 14, 2019, or a day thereafter that is convenient for the court.

**IT IS SO STIPULATED AND AGREED.**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND ORDER
REGARDING BRIEFING SCHEDULE
CASE NO. 2:19-CV-01302-TLN-CKD

Dated: August 9, 2019

Respectfully submitted,

COHELAN KHOURY & SINGER

By: /s/ Timothy D. Cohelan *(as authorized on 8/8/19)*
    Timothy D. Cohelan

Attorneys for Plaintiff
*Keith Schrenk*

Dated: August 9, 2019

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
    Sadik Huseny

Attorneys for Defendants
*Carvana, LLC and Carvana Group, LLC*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND ORDER
REGARDING BRIEFING SCHEDULE
CASE NO. 2:19-CV-01302-TLN-CKD

# ORDER

Pursuant to the Parties' stipulation, the briefing schedule for Defendants' Motion to Dismiss is as follows:

- Defendants' Motion to Dismiss is due on or before August 16, 2019.
- Plaintiff's Opposition to the Motion to Dismiss is due on or before September 27, 2019.
- Defendants' Reply in support of its Motion to Dismiss is due on or before October 18, 2019.
- The Hearing on the Motion to Dismiss is set for November 14, 2019, at 2:00 PM.

**IT IS SO ORDERED.**

Dated: August 12, 2019

_____
Troy L. Nunley
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER
REGARDING BRIEFING SCHEDULE
CASE NO. 2:19-CV-01302-TLN-CKD