LATHAM & WATKINS LLP
  Sadik Huseny (CA Bar No. 224659)
  Elizabeth L. Deeley (CA Bar No. 230798)
  Brittany N. Lovejoy (CA Bar No. 286813)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: *sadik.huseny@lw.com*
Email: *elizabeth.deeley@lw.com*
Email: *brittany.lovejoy@lw.com*

Attorneys for Defendants
*Carvana, LLC and Carvana Group, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SCHRENK, dba "THE CAR BARN," on behalf of himself and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARVANA, LLC, an Arizona Limited Liability Company, CARVANA GROUP, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-01302-TLN-CKD<br><br>Assigned to:<br>The Honorable Troy L. Nunley<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Complaint Filed:   May 24, 2019<br>Removed:              July 12, 2019<br>Amended<br>Complaint Filed:   August 18, 2020<br>Trial Date:              None Set |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER
TO EXTEND TIME TO RESPOND TO FAC
CASE NO. 2:19-CV-01302-TLN-CKD

Defendants Carvana, LLC and Carvana Group, LLC (collectively "Defendants"), and Keith Schrenk dba "THE CAR BARN" ("Plaintiff") hereby stipulate and agree as follows:

**WHEREAS**, Defendants moved to dismiss the Complaint in this matter on August 16, 2019 (Dkt. No 11);

**WHEREAS**, on July 28, 2020, the Court issued an Order dismissing the Complaint with leave to amend (Dkt. 19);

**WHEREAS**, on August 18, 2020, Plaintiff filed a First Amended Class Action Complaint (Dkt. No 20);

**WHEREAS**, the Court's Order granted Defendants twenty-one days from the date of the filing of Plaintiff's amended to complaint to file a responsive pleading and the deadline for that pleading is September 8, 2020;

**WHEREAS**, subject to the Court's approval, the parties have agreed to the following briefing schedule, in order to accommodate various scheduling issues, including Defendants' counsel's trial schedule:

- Defendants shall file their responsive pleading on or before October 13;
- Plaintiff shall file its Opposition to Defendant's responsive pleading on or before November 3;
- Defendants shall file their Reply in support of their responsive pleading on or before November 17.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel of record, and subject to the approval of the Court, as follows:

- Defendants shall file their responsive pleading on or before October 13;
- Plaintiff shall file its Opposition to Defendant's responsive pleading on or before November 3;
- Defendants shall file their Reply in support of their responsive pleading on or before November 17.

**IT IS SO STIPULATED AND AGREED.**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND ORDER
TO EXTEND TIME TO RESPOND TO FAC
CASE NO. 2:19-CV-01302-TLN-CKD

| | | |
|---|---|---|
| 1 | Dated: August 31, 2020 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | |
| 4 | | By: /s/ Sadik Huseny<br>    Sadik Huseny |
| 5 | | Attorneys for Defendants |
| 6 | | *Carvana, LLC and Carvana Group, LLC* |
| 7 | | |
| 8 | Dated: August 31, 2020 | Respectfully submitted, |
| 9 | | COHELAN KHOURY & SINGER |
| 10 | | By: /s/ J. Jason Hill *(as authorized on 8/28/20)*<br>    J. Jason Hill |
| 11 | | |
| 12 | | Attorneys for Plaintiff<br>*Keith Schrenk* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND ORDER
TO EXTEND TIME TO RESPOND TO FAC
CASE NO. 2:19-CV-01302-TLN-CKD

**ORDER**

Pursuant to the Parties' stipulation, the briefing schedule for Defendants' pleading in response to Plaintiff's First Amended Class Action Complaint is as follows:

- Defendants shall file their responsive pleading on or before October 13;
- Plaintiff shall file its Opposition to Defendant's responsive pleading on or before November 3;
- Defendants shall file their Reply in support of their responsive pleading on or before November 17.

**IT IS SO ORDERED.**

Dated:  September 1, 2020

_____
Troy L. Nunley
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND ORDER
TO EXTEND TIME TO RESPOND TO FAC
CASE NO. 2:19-CV-01302-TLN-CKD