**COHELAN KHOURY & SINGER**
Timothy D. Cohelan (SBN 60827)
tcohelan@ckslaw.com
J. Jason Hill (SBN 179630)
jhill@ckslaw.com
605 "C" Street, Suite 200
San Diego, CA 92101
Tel: (619) 595-3001/Fax: (619) 595-3000

Attorneys for Plaintiff KEITH SCHRENK, dba "THE CAR BARN"
on behalf of himself, all others similarly situated

**LATHAM & WATKINS LLP**
   Sadik Huseny (CA Bar No. 224659)
   Elizabeth L. Deeley (CA Bar No. 230798)
   Brittany N. Lovejoy (CA Bar No. 286813)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email:  sadik.huseny@lw.com
Email:  elizabeth.deeley@lw.com
Email:  brittany.lovejoy@lw.com

Attorneys for Defendants
*Carvana, LLC and Carvana Group, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SCHRENK, dba "THE CAR BARN," on behalf of himself and all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CARVANA, LLC, an Arizona Limited Liability Company, CARVANA GROUP, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No. 2:19-cv-01302-TLN-CKD <br><br> Assigned to: <br> The Honorable Troy L. Nunley <br><br> **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** <br><br> Complaint Filed:  May 24, 2019 <br> Removed:         July 12, 2019 <br> Trial Date:       None Set |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER
REGARDING BRIEFING SCHEDULE
CASE NO. 2:19-CV-01302-TLN-CKD

Keith Schrenk dba "THE CAR BARN" ("Plaintiff") and Defendants Carvana, LLC and Carvana Group, LLC (collectively "Defendants") hereby stipulate and agree as follows:

**WHEREAS**, on July 12, 2019, Defendants removed this case, initially filed in the Superior Court of California, County of Sacramento, to the United States District Court for the Eastern District of California; and filed a motion to dismiss on August 16, 2019 (Dkt. No. 11);

**WHEREAS**, on July 28, 2020, the Court granted Defendants' motion to dismiss with leave to amend granted to Plaintiff (Dkt. No. 19);

**WHEREAS**, on August 18, 2020 Plaintiff filed a First Amended Complaint (Dkt. No. 20);

**WHEREAS**, on August 31, 2020 the parties submitted a stipulation to extend the time for Defendants to Answer Plaintiff's First Amended Class Action Complaint (Dkt. No. 21), which the Court adopted on September 1, 2020 (Dkt. No. 22);

**WHEREAS,** on October 13, 2020, Defendants filed a Motion to Dismiss the First Amended Complaint (Dkt. Nos. 23, 23-1);

**WHEREAS**, subject to the Court's approval, the parties have agreed to the following briefing schedule, to account for various scheduling and staffing issues related to the ongoing COVID-19 pandemic, and for the amical departure of a key associate from the firm of Plaintiff's counsel herein. The parties stipulate to allow more time for the opposition and reply papers on the Motion, as well as to provide the Court with enough time to consider the parties' papers prior to any hearing in this matter.  Accordingly, the parties have agreed to the following briefing schedule, and respectfully submit it for the Court's approval:

- Plaintiff shall file its Opposition to Defendants' Motion to Dismiss the First Amended Complaint on or before November 16, 2020;
- Defendants shall file their Reply in support of the Motion to Dismiss on or before December 4, 2020; and
- The hearing on Defendants' Motion to Dismiss shall be set for December 17, 2020, or a day thereafter that is convenient for the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel of record, and subject to the approval of the Court,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND ORDER
REGARDING BRIEFING SCHEDULE
CASE NO. 2:19-CV-01302-TLN-CKD

as follows:

- Plaintiff's Opposition to Defendants' Motion to Dismiss the First Amended Complaint is due on or before November 16, 2020;
- Defendants' Reply in support of the Motion to Dismiss is due on or before December 4, 2020; and
- The hearing on the Motion to Dismiss is set for December 17, 2020, at 2:00 p.m.

**IT IS SO STIPULATED AND AGREED.**

Dated: November 3, 2020                    Respectfully submitted,

COHELAN KHOURY & SINGER

By: /s/ J. Jason Hill
    J. Jason Hill

Attorneys for Plaintiff
*Keith Schrenk*

Dated: November 3, 2020                    Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
    Sadik Huseny

Attorneys for Defendants
*Carvana, LLC and Carvana Group, LLC*

### ECF Attestation

I, J. Jason Hill, certify that I received written permission to affix the electronic signatures from those attorneys whose signatures appear above.

By: /s/ J. Jason Hill
    J. Jason Hill
Attorneys for Plaintiff *Keith Schrenk*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND ORDER
REGARDING BRIEFING SCHEDULE
CASE NO. 2:19-CV-01302-TLN-CKD

**ORDER**

Pursuant to the Parties' stipulation, the briefing schedule for Defendants' Motion to Dismiss the First Amended Complaint is as follows:

- Plaintiff's Opposition to Defendants' Motion to Dismiss the First Amended Complaint is due on or before November 16, 2020;
- Defendants' Reply in support of the Motion to Dismiss the First Amended Complaint is due on or before December 4, 2020; and
- The Hearing on the Motion to Dismiss the First Amended Complaint is set for December 17, 2020, at 2:00 p.m.

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:  November 3, 2020

_____
Troy L. Nunley
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND ORDER
REGARDING BRIEFING SCHEDULE
CASE NO. 2:19-CV-01302-TLN-CKD