**COHELAN KHOURY & SINGER**
Timothy D. Cohelan (SBN 60827)
tcohelan@ckslaw.com
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
J. Jason Hill (SBN 179630)
jhill@ckslaw.com
605 "C" Street, Suite 200
San Diego, CA 92101
Tel: (619) 595-3001/Fax: (619) 595-3000

Attorneys for Plaintiff KEITH SCHRENK, dba "THE CAR BARN,"
on behalf of himself, all others similarly situated

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION**

| | |
|---|---|
| KEITH SCHRENK, dba "THE CAR BARN," on behalf of himself and all other persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CARVANA, LLC, an Arizona Limited Liability Company; CARVANA GROUP, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No. 2:19-cv-01302-TLN (CKD) <br><br> **ORDER CONTINUING BRIEFING AND HEARING ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> Complaint filed:  May 24, 2019 <br> Removal date:  July 12, 2019 <br> Trial Date:  Not set |

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

1    Before this Court is an *Ex Parte* Application that was filed by Plaintiff Keith Schrenk,

2 dba "THE CAR BARN" ("Plaintiff") requesting that the Court continue the briefing and

3 hearing on Defendants' Motion to Dismiss First Amended Complaint. For good cause shown,

4 Plaintiff's *Ex Parte* Application is **GRANTED** and the Court hereby orders as follows:

5    1.    The deadline for Plaintiff to file an opposition to the Motion to Dismiss the First

6 Amended Complaint is continued from November 16, 2020 to November 23, 2020.

7    2.    The deadline for Defendants to file a Reply to the Motion to Dismiss the First

8 Amended Complaint is continued from December 4, 2020 to December 11, 2020.

9    3.    The hearing on the Motion to Dismiss the First Amended Complaint is continued

10 from December 17, 2020 to February 18, 2021 at 2:00 p.m.

11 **IT IS SO ORDERED.**

12

13 DATED: November 13, 2020

14                                                    Troy L. Nunley
                                                       United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

- 1 -

Order Continuing Briefing and Hearing on Motion to Dismiss First Amended Complaint
Case No. 2:19-cv-01302-TLN (CKD)