1  **COHELAN KHOURY & SINGER**
   Timothy D. Cohelan (SBN 60827)
2  tcohelan@ckslaw.com
   Isam C. Khoury (SBN 58759)
3  ikhoury@ckslaw.com
4  605 "C" Street, Suite 200
   San Diego, CA 92101
5  Tel: (619) 595-3001/Fax: (619) 595-3000

6  Attorneys for Plaintiff KEITH SCHRENK, dba "THE CAR BARN,"
   on behalf of himself, all others similarly situated
7

8  **LATHAM & WATKINS LLP**
   Sadik Huseny (SBN 224659)
9  sadik.huseny@lw.com
   Elizabeth L. Deeley (SBN 230798)
10 elizabeth.deeley@lw.com
11 Brittany N. Lovejoy (SBN 286813)
   brittany.lovejoy@lw.com
12 505 Montgomery Street, Suite 2000
   San Francisco, CA 94111-6538
13 Tel: (415) 391-0600/Fax: (415) 395-8095

14 Attorneys for Defendants CARVANA, LLC and CARVANA GROUP, LLC

15 **UNITED STATES DISTRICT COURT**

16 **FOR THE EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION**

| | |
|---|---|
| 17 KEITH SCHRENK, dba "THE CAR BARN," on behalf of himself and all other persons similarly situated, | Case No. 2:19-cv-01302-TLN (CKD) |
| 18 | **STIPULATION OF VOLUNTARY DISMISSAL** |
| 19        Plaintiffs, | |
| 20    vs. | **[FRCP Rule 41(a)(1)(A)(ii)]** |
| 21 | |
| 22 CARVANA, LLC, an Arizona Limited Liability Company; CARVANA GROUP, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, Inclusive, | Complaint filed: May 24, 2019<br>Removal date: July 12, 2019<br>Trial Date: Not set |
| 25        Defendants. | |

Plaintiff Keith Schrenk dba "THE CAR BARN" ("Plaintiff") and Defendants Carvana, LLC and Carvana Group, LLC (collectively "Defendants"), by and through counsel, hereby stipulate that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

COHELAN KHOURY & SINGER

Dated: November 15, 2022      By: s/Timothy D. Cohelan
                                  Timothy D. Cohelan
                              Attorneys for Plaintiff KEITH SCHRENK

LATHAM & WATKINS LLP

Dated: November 15, 2022      By: s/ Sadik Huseny
                                  Sadik Huseny
                                  Elizabeth L. Deeley
                                  Brittany N. Lovejoy
                              Attorneys for Defendants CARVANA, LLC and
                              CARVANA GROUP, LLC

### ECF Attestation

I, Timothy D. Cohelan, certify that I received written permission to affix the electronic signatures from those attorneys whose signatures appear above.

Dated: November 15, 2022      By: s/Timothy D. Cohelan
                                  Timothy D. Cohelan
                              Attorneys for Plaintiff KEITH SCHRENK

# PROOF OF SERVICE

***Schrenk v. Carvana, LLC et al.***

**U.S.D.C. Case No. 2:19-cv-01302-TLN-CKD**

I, Matthew Atlas declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 605 "C" Street, Suite 200, San Diego, CA 92101. On November 15, 2022, I instituted service of the forgoing document(s) described as:

**STIPULATION OF VOLUNTARY DISMISSAL**

on the following parties:

| **Counsel for Defendant** | |
|---|---|
| Sadik Huseny, Esq.<br>Elizabeth L. Deeley, Esq.<br>Brittany N. Lovejoy, Esq.<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 200<br>San Francisco, CA 94111-6538<br>sadik.huseny@lw.com<br>elizabeth.deeley@lw.com<br>brittany.lovejoy@lw.com | |

in the following manner (as indicated below):

Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.caed.uscourts.gov.

Service will be deemed effective as provided for by Rule 135 of the District Court of California, Eastern District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed November 15, 2022, at San Diego, California.

_____
Matthew Atlas